## IN THE MATTER OF THE APPLICATION OF ANTHONY J. LIPARI FOR A PEREMPTORY WRIT OF MANDAMUS.

Argued January 19, 1943—Decided July 12, 1943.

Before Justices CASE, DONGES and COLIE.

For the relator, *Raymond Chasan* and *Abraham S. Freedman*.

For the respondents, *J. Emil Walscheid*.

PER CURIAM.

This is a companion case to No. 213, *In re Application of Leo Rosenblum,* 130 *N. J. L.* 344. Relator herein was sergeant-at-arms of the Fourth Criminal Judicial District Court of Hudson County and seeks the payment of his salary from June 1st to December 15th, 1942.

His claim for the period from June 1st to June 24th, 1942, is sustained by the case of *Reppucci* v. *Board of Chosen Freeholders,* 130 *N. J. L.* 22; 31 *Atl. Rep.* (2d) 215. As to his claim for the period subsequent to June 24th, the holding in the Rosenblum case is controlling.

. The writ is allowed.